**IN RE THOMPSON**

[342 N.C. 401 (1995)]

IN THE MATTER OF: SUSAN ELIZABETH THOMPSON D.O.B. 01/04/84

No. 104A95

(Filed 8 December 1995)

Appeal by petitioner-appellants Wake County Department of Social Services (DSS) and Elisabeth P. Clary, guardian ad litem, pursuant to N.C.G.S. § 7A-30(2), from an unpublished decision of a divided panel of the Court of Appeals, 117 N.C. App. 731, 453 S.E.2d 877 (1995), which affirmed an order entered on 15 March 1994 by Sherrill, J., in District Court, Wake County, dismissing DSS's petition for termination of the parental rights of the respondent, Craig Gordon Thompson, in the minor child, Susan Elizabeth Thompson. Heard in the Supreme Court 15 November 1995.

*Corinne G. Russell, Assistant Wake County Attorney, for Wake County Department of Social Services, petitioner-appellant.*

*Elisabeth P. Clary for the guardian ad litem, petitioner-appellant.*

*Jeffrey M. Seigle for respondent-appellee.*

PER CURIAM.

REVERSED.